## JACKSON v. STATE.
### No. 14415.

Court of Criminal Appeals of Texas.
June 24, 1931.

J. Everett Cline, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is theft; the punishment, a fine of twenty-five dollars and confinement in jail for thirty days.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.